UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
FEBRUARY 3, 2026 SESSION



FILED
FEB - 3 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:26-cr-00010
    8 U.S.C. § 1324a(a)(1)(A)
    8 U.S.C. § 1324a(f)(1)
MIGUEL ANGEL AGUIRRE           8 U.S.C. § 1324(a)(1)(A)(iii)
MIGUEL AGUIRRE-ARELLO SR.      8 U.S.C. § 1324(a)(1)(B)(i)
    18 U.S.C. § 1546(a)
    18 U.S.C. § 2

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about January 2, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, hired for employment in the United States an alien, namely Pablo Dominguez, knowing the alien was an unauthorized alien with respect to such employment.

In violation of Title 8, United States Code, Sections 1324a(a)(1)(A) and 1324a(f)(1) and Title 18, United States Code, Section 2.

### COUNT TWO

On or about September 17, 2025, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowingly made under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws or regulations prescribed thereunder, that is, a Form I-9 related to Rufino Hernandez.

In violation of Title 18, United States Code, Sections 1546(a) and 2.

**COUNT THREE**

From on or about September 17, 2025, to on or about January 16, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowing and in reckless disregard of the fact that an alien, namely Rufino Hernandez, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in any place, that is, a residence located in Nitro, Kanawha County, West Virginia, where the offense was done for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

MOORE CAPITO
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney