UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 2:26-cr-00010-2

**MIGUEL AGUIRRE-ARELLO, SR.**

# O R D E R

On February 4, 2026, Paul E. Stroebel filed a Notice of Appearance [ECF No. 28] on behalf of the defendant and, on February 4, 2026, Clint Carte, Assistant Federal Public Defender, filed a Motion to be Relieved of Appointment as Counsel [ECF No. 32]. On January 23, 2026, the Office of the Federal Public Defender was notified of the appointment to represent the defendant in this matter and filed a Notice of Appearance. Based on the defendant retaining counsel, it is hereby **ORDERED** that Assistant Federal Public Defender Clint Carte is relieved as appointed counsel.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the CJA Attorney Advisor, and the United States Probation Department.

**ENTER:** February 4, 2026

_____
Dwane L. Tinsley
United States Magistrate Judge