# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 2:26-cr-00010-1

**MIGUEL ANGEL AGUIRRE**

**IN RE:   MANUEL MARVIN TZOC-TZEP**

## ORDER

The Court previously entered an order scheduling an initial appearance for Manuel Marvin Tzoc-Tzep pursuant to a Material Witness Arrest Warrant for ***Thursday, February 5, 2026, at 2:30 p.m.*** in Charleston regarding case number 2:26-mj-00017.   On February 3, 2026, the Grand Jury returned a report to the Court and presented the above-captioned matter as an indictment to be returned on this date.

Based on the indictment, it is further **ORDERED** that the initial appearance shall now take place in the above-style indictment on ***Thursday, February 5, 2026, at 2:30 p.m.*** in Charleston.

The Clerk is directed to provide copies of this order to the defendant, all counsel of record, the United States Probation Department, the United States Marshals Service, and the CJA Attorney Advisor.

**ENTER:**   February 4, 2026

Dwane L. Tinsley
United States Magistrate Judge