# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:26-cr-00010  **Type:** Detention Hearing
**Caption:** USA v. Miguel Angel Aguirre and Miguel Aguirre-Arello, Sr. / In Re: Manuel Marvin Tzoc-Tzep
**Judge:** Judge Tinsley

**Started:** 2/10/2026 1:59:53 PM
**Ends:** 2/10/2026 2:05:16 PM  **Length:** 00:05:24

    Judge Dwane L. Tinsley
    Courtroom Deputy: Kim Begovich
    Material Witness: Manuel Marvin Tzoc-Tzep
    Assistant U.S. Attorney: Jonathan T. Storage
    CJA Panel Attorney: Roger L. Lambert
    Interpreter: Johnnie Benningfield
    Court Reporter: CourtSmart

**DETENTION HEARING**

| Time | Event |
|---|---|
| 2:00:53 PM | Judge Dwane L. Tinsley |
| 2:02:22 PM | Called case, noted appearances of counsel, defendant present in courtroom |
| 2:02:53 PM | We are here today on the Motion for Detention Hearing on the material witness |
| 2:03:35 PM | Assistant U.S. Attorney: Jonathan T. Storage |
| 2:03:37 PM | Deposition has taken place |
| 2:03:42 PM | Judge Dwane L. Tinsley |
| 2:03:45 PM | Assistant U.S. Attorney: Jonathan T. Storage |
| 2:03:47 PM | The gov't moves to withdraw motion for detention |
| 2:04:26 PM | The gov't moves for immediate release |
| 2:04:36 PM | Judge Dwane L. Tinsley |
| 2:04:40 PM | Material witness is released from custody |
| 2:04:56 PM | Anything else counsel wishes to address? |
| 2:05:11 PM | Hearing Adjourned |