UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:26-cr-00010

MIGUEL ANGEL AGUIRRE
MIGUEL AGUIRRE-ARELLO SR.

IN RE:  MANUEL MARVIN TZOC-TZEP

**O R D E R**

On February 10, 2026, the Manuel Marvin Tzoc-Tzep appeared in person for the purpose of a detention hearing as previously scheduled by the Court. Jonathan T. Storage, Assistant United States Attorney, appeared for the United States and Roger L. Lambert appeared for Manuel Marvin Tzoc-Tzep. Also present was Johnnie Benningfield, Certified Court Interpreter.

The United States previously filed Motion for Detention Hearing Regarding Material Witness Manuel Marvin Tzoc-Tzep [ECF No. 37]. However, the United States made an oral motion to withdraw its motion for detention hearing based on the completed deposition of Manuel Marvin Tzoc-Tzep. It is hereby **ORDERED** that the government's motion to withdraw is **GRANTED**.

Therefore, Manuel Marvin Tzoc-Tzep shall be immediately released from custody of the United States Marshals Service.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**  February 10, 2026

_____
Dwane L. Tinsley
United States Magistrate Judge