

FILED

MAR 17 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025
MARCH 17, 2026 SESSION**

**UNITED STATES OF AMERICA**

**v.**

**CRIMINAL NO. 2:26-cr-00010**

18 U.S.C. § 1546(a)
18 U.S.C. § 2
8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(B)(i)

**MIGUEL ANGEL AGUIRRE
MIGUEL AGUIRRE-ARELLO SR.**

## S U P E R S E D I N G
## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about September 17, 2025, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowingly made under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws or regulations prescribed thereunder, that is, a Form I-9 related to Rufino Hernandez.

In violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT TWO

On or about June 28, 2025, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowingly made under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws or regulations prescribed thereunder, that is, a Form I-9 related to Rosmery Morales-Mejia, also known as "Rosita Mejia Perez."

In violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT THREE

On or about September 20, 2025, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowingly made under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws or regulations prescribed thereunder, that is, a Form I-9 related to Rosa Shilon-Hernandez, also known as "Jimena Gomez Hernandez."

In violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT FOUR

On or about January 2, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowingly made under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws or regulations prescribed thereunder, that is, a Form I-9 related to Pablo Dominguez, also known as "Pablo Dominguez-Dominguez."

In violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT FIVE

From on or about September 17, 2025, to on or about January 16, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowing and in reckless disregard of the fact that an alien, namely Rufino Hernandez, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in any place, that is, both a business and a residence located in Nitro, Kanawha County, West Virginia, where the offense was done for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT SIX

From on or about June 28, 2025, to on or about January 16, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowing and in reckless disregard of the fact that an alien, namely Rosmery Morales-Mejia, also known as "Rosita Mejia-Perez," had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in any place, that is, both a business and a residence located in Nitro, Kanawha County, West Virginia, where the offense was .done for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT SEVEN

From on or about September 20, 2025, to on or about January 16, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowing and in reckless disregard of the fact that an alien, namely Rosa Shilon-Hernandez, also known as "Jimena Gomez Hernandez," had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in any place, that is, both a business and a residence located in Nitro, Kanawha County, West Virginia, where the offense was done for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT EIGHT

From on or about January 2, 2026, to on or about January 16, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR., aided and abetted by each other, knowing and in reckless disregard of the fact that an alien, namely Pablo Dominguez, also known as "Pablo Dominguez-Dominguez," had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in any place, that is, a business located in Nitro, Kanawha County, West Virginia, where the offense was done for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 8 U.S.C. § 1324(b)(1), 18 U.S.C. § 982(a)(6)(A) and 28 U.S.C. § 2461(c).

Pursuant to 8 U.S.C. § 1324(b)(1), 18 U.S.C. § 982(a)(6)(A) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 8 U.S.C. § 1324 (a)(1)(A)(iii), as contained in Counts Five, Six, Seven, or Eight of this Superseding Indictment, defendants MIGUEL ANGEL AGUIRRE and MIGUEL AGUIRRE-ARELLO SR. shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to Title 8, United States Code, Section 1324(b)(1), Title 18, United States Code, Section 982 (a) (6) (A), and Title 28, United States Code, Section 2461(c).

LISA G. JOHNSTON
Attorney for the United States,
Acting under Authority Conferred by
28 U.S.C. § 515

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney