**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**


**UNITED STATES OF AMERICA**


**v.**                                                    **CASE NO.: 2:26-cr-00010**


**MIGUEL ANGEL AGUIRRE**
**MIGUEL AGUIRRE-ARELLO SR.**


**IN RE:   PABLO DOMINGUEZ**

### O R D E R

On June 2, 2026, Pablo Dominguez appeared for the purpose of an initial appearance following his arrest pursuant to a material witness warrant issued on June 2, 2026.   Present for the United States was Jonathan T. Storage, Assistant United States Attorney and present for the witness was Michelle R. Fox.   Also present was Michele Wentz, Senior United States Probation Officer, and Johnnie Benningfield, Certified Court Interpreter.

The Court explained the nature of the material witness process to the witness and informed him that he has the right to counsel and to be considered for release on bond. The Court further informed the witness that he is not required to make a statement at this time and that any statement made by the witness may be used against him.

The Court found the witness qualifies for court-appointed counsel based upon the prior financial affidavit submitted by him, and it is hereby **ORDERED** that Michele R. Fox is appointed as counsel for the witness.

The Court understands that the witness is required to appear for testimony on October 20, 2026, at the trial of Miguel Angel Aguirre and Miguel Aguirre-Arello, Sr., before the Honorable Joseph R. Goodwin, United States District Judge. As to the material witness warrant, the United States does not object to release of the witness on bond.

Accordingly, it is hereby **ORDERED** that Pablo Dominguez is released on a personal recognizance appearance bond as outlined under separate order. The Court further notes that the bond will expire following the conclusion of the trial in this case.

The Clerk is directed to provide copies of this Order to the witness, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**   June 3, 2026

Dwane L. Tinsley
United States Magistrate Judge

2