**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

v. CRIMINAL ACTION NO. 2:26-cr-00010

MIGUEL ANGEL AGUIRRE
MIGUEL AGUIRRE-ARELLO, SR.

**ORDER**

The parties have filed proposed jury instructions for the trial scheduled to begin November 17, 2026. [ECF Nos. 213, 215]. The court observes that the parties' recitation of the elements is inconsistent. As it relates to Counts Two, Three, and Four, Defendants assert that the Government must prove that they made a false statement in the Form I-9 of the named alien as identified in the Superseding Indictment. The Government's recitation of the elements only requires it to prove that the false statement related "to an application, affidavit, or other document required by immigration laws or regulations."

As it relates to Counts Six, Seven, and Eight, Defendants assert that the Government must prove the harboring of the named illegal alien was for the purpose of commercial advantage or private financial gain. That is how it is alleged in the Superseding Indictment. The Government, on the other hand, makes no mention of the "purpose" element found in 8 U.S.C. § 1324(a)(1)(B)(i)—not in the elements of the offense or any other instruction. Nor does the Government assert that the "purpose" element is in fact an aggravating penalty that must be proven beyond a reasonable doubt and found by a jury.

Considering these inconsistent instructions—inconsistent with the Superseding Indictment as well as each other—the court **ORDERS** the parties to brief these two issues. The parties shall submit simultaneous briefs **no later than Monday, November 16, 2026, at 12:00 p.m.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 14, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE